IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHNSON CARTER,

    Plaintiff,                       JUDGMENT IN A CIVIL CASE

v.                                 Case No. 14-cv-607-wmc

JILL FALSTAD, ROSA DELGADO and
MARATHON COUNTY, STATE OF
WISCONSIN,

    Defendants.

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff Johnson Carter's request for leave to proceed and dismissing this case without prejudice as legally frivolous.

    /s/                                            6/25/2015

Peter Oppeneer, Clerk of Court                Date